**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Conleysha Monae Gaston, | Case No. 26-cv-0518 (ECT/SGE) |
| Petitioner, | |
| v. | **REPORT AND RECOMMENDATION** |
| L. Molis, | |
| Respondent. | |

On February 2, 2026, this Court entered an order requiring Petitioner Conleysha Monae Gaston to show cause why the Court should not recommend dismissing her Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, Dkt. 1 ("Petition"), based on her apparent failure to exhaust administrative remedies. *See* Dkt. 4 at 2–3. On February 24, 2026, the Court granted Gaston's request for an extension to submit that filing; her new deadline was March 24, 2026. That deadline has now passed, and the Court has not received Gaston's response to this Court's February 2026 order. Accordingly, the Court now recommends denying the Petition (and dismissing this action) under Federal Rule of Civil Procedure 41(b) for failure to prosecute. *See, e.g.*, *Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT**

**IS HEREBY RECOMMENDED THAT**:

1. Petitioner Conleysha Monae Gaston's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, Dkt. 1, be **DENIED** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2. This action be **DISMISSED**.

Dated: April 1, 2026                       *s/Shannon G. Elkins*
                                           SHANNON G. ELKINS
                                           United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. See Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).