UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Conleysha Monae Gaston,

      Petitioner,

v.

L. Molis, *Warden*,

      Respondent.

File No. 26-cv-518 (ECT/SGE)

**ORDER ACCEPTING REPORT
AND RECOMMENDATION**

---

Magistrate Judge Shannon G. Elkins issued a Report and Recommendation on April 1, 2026. ECF No. 11. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 11] is **ACCEPTED**; and

2. The Petition for a Writ of Habeas Corpus [ECF No. 1] is **DENIED** for failure to prosecute.

3. The action is **DISMISSED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 29, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court